# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:   David Eugene Frymyer                        Case Number:   17-50992
         Vanessa Ruth Frymyer
         Debtors

## ORDER CONFIRMING PLAN
## FILED ON 5/11/2017, Court Doc. # 2

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

David Eugene Frymyer                          CARTER, CHRIS A.
Vanessa Ruth Frymyer                          1717 RICHMOND ROAD NORTH
103 Bowman Rd. Trailer #5                     SUITE 1
Berea, KY  40403                              BEREA , KY  40403


SYNCHRONY BANK                                UNITED CONSUMER FINCL SERVICES
% PRA RECEIVABLES MANAGEMENT                  % BASS & ASSOCIATES P C
LLC                                           3936 E FORT LOWELL RD, STE 200
P O BOX 41021                                 TUCSON, AZ  85712
NORFOLK, VA  23541

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, July 26, 2017
(tnw)